Case 1:26-cv-01132   Document 1-4   Filed 04/28/26   Page 1 of 10 PageID# 34

 **U.S. Citizenship
and Immigration
Services**

MENU

Home > Forms > All Forms > How Do I Request Premium Processing?

# How Do I Request Premium Processing?

## How Do I Request Premium Processing?

Premium processing provides expedited processing for the following forms:

- Form I-129, Petition for a Nonimmigrant Worker;

- Form I-140, Immigrant Petition for Alien Workers;

- Form I-765, Application for Employment Authorization; and

- Form I-539, Application to Extend/Change Nonimmigrant Status.

There is a fee to request this service. If you request premium processing, we guarantee that we will take adjudicative action on the case  within the time periods described below, or we will refund the premium processing fee:

- 15 business days for most classifications;

- 30 business days for Form I-765;

- 30 business days for Form I-539 applicants requesting a change of status to F-1, F-2, M-1, M-2, J-1 or J-2 nonimmigrant status, once all prerequisites have been met;

- 45 business days for Form I-140 E13 multinational executive and manager and Form I-140 E21 national interest waiver classifications

Please refer to the charts below for all processing times as new categories become available.

The associated time period begins when we receive a properly completed Form I-907, Request for Premium Processing Service, at the correct filing address. To be considered "properly completed," a petition or application must have the information required by the form instructions, a valid signature, and the correct filing fee, as specified in the USCIS Fee Schedule. Within the associated time period, we will take one of the following actions on the case: issue an approval notice, denial notice, notice of intent to deny, or a request for evidence; or open an investigation for fraud or misrepresentation.

If the petition or application requires the submission of additional evidence or  Need Help?
Chat with Emma™

intent to deny, the 15-, 30-, or 45-day premium processing time period will stop and reset. A new premium processing time period will begin when we receive a response to the request for evidence or notice of intent to deny.

# Who Is Eligible For Premium Processing?

The charts below list the forms, designated classifications within each form type, and current availability and termination dates (when applicable) for premium processing service.

Petitioners filing Form I-129 requesting a change or an initial grant of status for beneficiaries within the Commonwealth of the Northern Mariana Islands are not eligible for premium processing service.

H-1B, H-2B, and certain H-3 classifications may have annual numerical limit ("cap") restrictions. We recommend you verify whether a cap is applicable to your filing and whether that cap has been met. Filing Form I-907 does not give you special cap benefits. (See "How will USCIS manage those categories that have an annual limit in relation to this faster processing?" below.)

**Form I-129, Petition for a Nonimmigrant Worker – adjudicative action to be taken within 15 business days**

| Designated Classification Within Form I-129 | Corresponding Nonimmigrant Classification | Availability Date[1] | Termination Date[2] |
|---|---|---|---|
| Treaty trader | E-1 | June 1, 2001 | |
| Treaty investor | E-2 | June 1, 2001 | |
| Certain Specialty Occupation Professionals from Australia | E-3 | Feb. 24, 2021 | |
| Specialty occupation workers | H-1B | July 30, 2001 | |
| Temporary worker performing nonagricultural services | H-2B | June 1, 2001 | |
| Trainee or special education exchange visitor | H-3 | June 1, 2001 | |

| Designated Classification Within Form I-129 | Corresponding Nonimmigrant Classification | Availability Date[1] | Termination Date[2] |
|---|---|---|---|
| Intracompany transferee, executive or manager capacity | L-1A | June 1, 2001 | |
| Intracompany transferee, specialized knowledge professional | L-1B | June 1, 2001 | |
| A petitioner meeting certain requirements which seeks continuous approval of itself and some or all of its parents, branches, subsidiaries, and affiliates | LZ (Blanket L-1) | June 1, 2001 | |
| Individuals with extraordinary ability or achievements | O-1 | June 1, 2001 | |
| Essential support personnel performing services for a principal O-1 nonimmigrant | O-2 | June 1, 2001 | |
| Internationally recognized athlete or member of an internationally recognized entertainment group | P-1 | June 1, 2001 | |
| Essential support personnel who perform support services essential to the successful performance of the principal P-1 nonimmigrant | P-1S | June 1, 2001 | |
| Artist or entertainer under a reciprocal exchange program | P-2 | June 1, 2001 | |



Need Help?
Chat with Emma™

| Designated Classification Within Form I-129 | Corresponding Nonimmigrant Classification | Availability Date[1] | Termination Date[2] |
|---|---|---|---|
| Essential support personnel who perform support services essential to the successful performance of the principal P-2 nonimmigrant | P-2S | June 1, 2001 | |
| Artist or entertainer in a culturally unique program | P-3 | June 1, 2001 | |
| Essential support personnel who perform support services essential to the successful performance of the principal P-3 nonimmigrant | P-3S | June 1, 2001 | |
| International cultural exchange alien | Q-1 | June 1, 2001 | |
| Alien in a religious occupation | R-1 | July 30, 2001, and reinstated July 20, 2009[3] | |
| NAFTA professional, Canada | TN-1 | July 30, 2001 | |
| NAFTA professional, Mexico | TN-2 | July 30, 2001 | |

[1] The availability date is the date that the classification was initially deemed eligible for premium processing.

[2] The termination date reflects the last day that we accepted premium processing filings requesting that specific classification. If a date is entered in this column, that classification is currently ineligible for premium processing.

[3] We initially suspended premium processing for nonimmigrant religious worker visa petitions on Nov. 28, 2006. On July 20, 2009, we started accepting Form I-907 for I-129 petitions seeking R-1 classification.

Need Help? Chat with Emma™

**Form I-140, Immigrant Petition for Alien Workers – adjudicative action to be taken within 15 business days**

| Designated Classification Within Form I-140 | Corresponding Employment-Based (EB) Immigrant Visa Classification | Availability Date[1] | Termination Date[2] |
| --- | --- | --- | --- |
| Aliens of extraordinary ability | E11 | Nov. 13, 2006, and reinstated June 29, 2009[3] | |
| Outstanding professors and researchers | E12 | Sept. 25, 2006, and reinstated June 29, 2009[3] | |
| Members of professions with advanced degrees or exceptional ability not seeking a National Interest Waiver | E21 | Sept. 25, 2006, and reinstated June 29, 2009[3] | |
| Skilled workers[4] | E31 | Aug. 28, 2006, and reinstated June 29, 2009[3] | |
| Professionals[4] | E32 | Aug. 28, 2006, and reinstated June 29, 2009[3] | |
| Workers other than skilled workers and professionals | EW3 | Sept. 25, 2006, and reinstated June 29, 2009[3] | |



Case 1:26-cv-01132    Document 1-4    Filed 04/28/26    Page 6 of 10 PageID# 39

**Form I-140, Immigrant Petition for Alien Workers - adjudicative action to be taken within 45 business days**

| Designated Classification Within Form I-140 | Corresponding Employment-Based (EB) Immigrant Visa Classification | Availability Date[1] | Termination Date[2] |
|---|---|---|---|
| Multinational executives and managers | E13 | As of Jan. 30, 2023, all pending and initial Form I-140 petitions under an E13 multinational executive and manager classification are eligible to request premium processing. | |
| Members of professions with advanced degrees or exceptional ability seeking a national interest waiver | E21 | As of Jan. 30, 2023, all pending and initial Form I-140 petitions under an E21 NIW classification are eligible to request premium processing. | |

[1] The availability date is the date that the classification was initially deemed eligible for premium processing.

[2] The termination date reflects the last day that we accepted filings requesting that specific classification. If a date is entered in this column, that classification is currently ineligible for premium processing.

[3] On July 2, 2007, we temporarily suspended premium processing for Form I-140, Immigrant Petition for Alien Workers, in accordance with 8 CFR 103.2(f)(2). However, after an evaluation of our Form I-140 backlog reduction efforts and increased Form I-140 adjudicative efficiencies, we concluded that as of June 29, 2009, we would reinstate premium processing for this benefit.

[4] If designated as available. Please see the section on additional conditions placed on premium processing availability.



Case 1:26-cv-01132    Document 1-4     Filed 04/28/26     Page 7 of 10 PageID# 40

## Form I-765, Application for Employment Authorization - adjudicative action to be taken within 30 business days

| Form I-765 Category | Description | Availability Date | Termination Date |
|---|---|---|---|
| (c)(3)(A) | F-1 student, pre-completion Optional Practical Training | Please refer to the upgrade chart below for pending and concurrently filed applications. | |
| (c)(3)(B) | F-1 student, post-completion Optional Practical Training | Please refer to the upgrade chart below for pending and concurrently filed applications. | |
| (c)(3)(C) | F-1 student, 24-month extension for STEM Optional Practical Training | Please refer to the upgrade chart below for pending and concurrently filed applications. | |

## Form I-539, Application to Extend/Change Nonimmigrant Status - adjudicative action to be taken within 30 business days

| Designated Classification Within Form I-539 | Corresponding Nonimmigrant Visa Classification | Availability Date | Termination Date |
|---|---|---|---|
| Academic Student or Dependent of F-1 | F-1, F-2 | Please refer to the upgrade chart below for pending and concurrently filed applications. | |
| Vocational Student or Dependent of M-1 | M-1, M-2 | Please refer to the upgrade chart below for pending and concurrently filed applications. | |



| Designated Classification Within Form I-539 | Corresponding Nonimmigrant Visa Classification | Availability Date | Termination Date |
|---|---|---|---|
| Exchange Visitor or Dependent of J-1 | J-1, J-2 | Please refer to the upgrade chart below for pending and concurrently filed applications. | |

# Premium Processing for E13 Multinational Executives and Managers or E21 with National Interest Waiver

Beginning June 1, 2022, we began phasing in premium processing for E13 multinational executives and managers. On July 1, 2022, we began phasing in E21 petitions seeking a national interest waiver (NIW) and additional E13 multinational executive and manager petitions. As of Jan. 30, 2023, all pending and initial Form I-140 petitions requesting an E13 multinational executive and manager classification and E21 NIW classification are eligible to request premium processing.

# Premium Processing for F-1 Students Seeking OPT and STEM OPT extensions

Beginning March 6, 2023, we began phasing in premium processing for F-1 students seeking optional practical training (OPT) and STEM OPT extensions. As of April 3, 2023, all pending and initial Form I-765 petitions filed by F-1 students in these categories are eligible to request premium processing. Online filing of Form I-907 is also available to F-1 students in these categories.

We will adjudicate premium processing requests for certain eligible and properly filed Forms I-539 and I-765 within the 30-day time frame specified by Congress.

After a Form I-765 is approved, your EAD card should be produced within two weeks. Your EAD card will be mailed via U.S. Postal Service (USPS) Informed Delivery. The time frame in which you will receive your EAD card may vary, depending on USPS delivery times. Please allow a total of 30 days from approval before inquiring with us. We encourage you to track delivery of your card. If you do not receive your EAD card, please visit e-Request - Self Service Tools (uscis.gov) for instructions on how to submit an inquiry.

Need Help?
Chat with Emma™

# Premium Processing for Form I-539 Ap

# Seeking to Change to F-1, F-2, M-1, M-2, J-1, or J-2 Nonimmigrant Status

On June 13, 2023, we began phasing in premium processing for applicants seeking a change to F-1, F-2, M-1, M-2, J-1, or J-2 status, who have a pending Form I-539, Application to Extend/Change Nonimmigrant Status. Online filing of Form I-907 is also available to these applicants.

↗ Close All    ↗ Open All

Can the beneficiary of a visa petition seek premium processing?    ⌄

How do I verify that I am using the current version of the form?    ⌄

How do I file a request for premium processing?    ⌄

Can I file a premium processing request online?    ⌄

Is USCIS placing any conditions of availability on premium processing for Form I-140 petitions?    ⌄

What is the fee for this service?    ⌄

Does this program have any effect on USCIS' previous expedite practices?    ⌄

How will USCIS manage those categories that have an annual limit in relation to this faster processing?    ⌄

Can I contact a USCIS service center if I have not filed a request for premium processing but have questions about the program?    ⌄

How do I contact the service center concerning a premium processing service request that I filed?    ⌄

Will USCIS also expedite my Form I-539, Application to Extend/Change Nonimmigrant Status, if I submit it with my Form I-129, Petiti...

Need Help? Chat with Emma™

Case 1:26-cv-01132    Document 1-4     Filed 04/28/26     Page 10 of 10 PageID# 43

## Nonimmigrant Worker?

↗ Close All    ↗ Open All

**Last Reviewed/Updated: 03/23/2026**

