# Rochester Institute of Technology

by authority of the BOARD OF TRUSTEES and on the recommendation
of the FACULTY hereby confers upon

## KIMBERLEY CHIDINMA DURU

the degree of

## BACHELOR OF SCIENCE, MAGNA CUM LAUDE

upon satisfactory completion of study in

## BIOMEDICAL SCIENCES

from the

## COLLEGE OF HEALTH SCIENCES AND TECHNOLOGY

In evidence whereof this DIPLOMA is awarded and attested by the
SEAL OF THE INSTITUTE and the signatures authorized by the TRUSTEES.

*William W. Destler*

PRESIDENT

*Brian H. Hall*

CHAIRMAN OF THE BOARD OF TRUSTEES

ROCHESTER, NEW YORK, MAY 22, 2015

# UNIVERSITAS BRUNENSIS

## PROVIDENTIAE

IN RHODIENSIS INSULAE REPUBLICA
OMNIBUS HAS LITTERAS LECTURIS SALUTEM IN DOMINO SEMPITERNAM

VOBIS NOTUM SIT QUOD PRAESES UNIVERSITATIS CUM AUCTORITATE
A SOCIIS HONORANDIS EI COMMISSA PUBLICIS IN COMITIIS DECORAVIT

### KIMBERLEY CHIDINMA DURU
GRADU MAGISTRI IN SANITATE PUBLICA

CANDIDATUM COMPETENTEM ET EXAMINE USITATO PROBATUM PRAECIPUE IN

### SANITATE PUBLICA

ET HUIC OMNIA PRIVILEGIA IURA HONORES INSIGNIA IIS AD HUNC
GRADUM EVECTIS PERTINENTIA FRUENDA DEDIT
CUIUS IN REI TESTIMONIUM NOS HIS LITTERIS UNIVERSITATIS
SIGILLO MUNITIS NOMINA NOSTRA SUBSCRIPSIMUS
DATUM IN SOLEMNIBUS ACADEMICIS PROVIDENTIAE HABITIS DIE
VICESIMO SEXTO MAII ANNOQUE DOMINI NOSTRI MMXIX

SECRETARIUS

PRAESES