| Department of Homeland Security<br>U.S. Immigration and Customs Enforcement | I-20, Certificate of Eligibility for Nonimmigrant Student Status<br>OMB NO. 1653-0038 |
|---|---|

## SEVIS ID:

| SURNAME/PRIMARY NAME<br>Duru | GIVEN NAME<br>Kimberley Chidinma | Class of Admission |
|---|---|---|
| PREFERRED NAME<br>Kimberley Chidinma Duru | PASSPORT NAME | **F-1** |
| COUNTRY OF BIRTH<br>NIGERIA | COUNTRY OF CITIZENSHIP<br>NIGERIA | |
| CITY OF BIRTH<br>Port-Harcourt | DATE OF BIRTH | ACADEMIC AND |
| FORM ISSUE REASON<br>CONTINUED ATTENDANCE | ADMISSION NUMBER | LANGUAGE |

## SCHOOL INFORMATION

| SCHOOL NAME<br>University of Virginia<br>Charlottesville | SCHOOL ADDRESS<br>International Studies Office, 208 Minor Hall, POB<br>400165, Charlottesville, VA 22904 |
|---|---|
| SCHOOL OFFICIAL TO CONTACT UPON ARRIVAL<br>Seth Hall<br>International Student & Scholar Advisor | SCHOOL CODE AND APPROVAL DATE<br>WAS214F00090000<br>29 JULY 2002 |

## PROGRAM OF STUDY

| EDUCATION LEVEL<br>DOCTORATE | MAJOR 1<br>Medicine 51.1201 | MAJOR 2<br>None 00.0000 |
|---|---|---|
| PROGRAM ENGLISH PROFICIENCY<br>Required | ENGLISH PROFICIENCY NOTES<br>Student is proficient | EARLIEST ADMISSION DATE<br>06 JULY 2022 |
| START OF CLASSES<br>05 AUGUST 2022 | PROGRAM START/END DATE<br>05 AUGUST 2022 - 17 MAY 2026 | |

## FINANCIALS

| ESTIMATED AVERAGE COSTS FOR: 9 MONTHS | | STUDENT'S FUNDING FOR: 9 MONTHS | |
|---|---|---|---|
| Tuition and Fees | $ 63,464 | Personal Funds | $ 0 |
| Living Expenses | $ 21,538 | Funds From This School | $ |
| Expenses of Dependents (0) | $ 0 | Family | $ 90,000 |
| Health Insurance | $ 3,350 | On-Campus Employment | $ |
| TOTAL | $ 88,352 | TOTAL | $ 90,000 |

## REMARKS

Student plans to gain experience in medicine

## SCHOOL ATTESTATION

I certify under penalty of perjury that all information provided above was entered before I signed this form and is true and correct. I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts, or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form. The school has determined that the above named student's qualifications meet all standards for admission to the school and the student will be required to pursue a full program of study as defined by 8 CFR 214.2(f)(6). I am a designated school official of the above named school and am authorized to issue this form.

x **Seth Hall**   Digitally signed by Seth Hall
Date: 2026.02.17 14:56:35 -05'00'

| | DATE ISSUED | PLACE ISSUED |
|---|---|---|
| SIGNATURE OF: Seth Hall, International Student & Scholar Advisor | 17 February 2026 | Charlottesville, VA |

## STUDENT ATTESTATION

I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full program of study at the school named above. I also authorize the named school to release any information from my records needed by DHS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status. Parent or guardian, and student, must sign if student is under 18.

x _Kimberley_

| SIGNATURE OF: Kimberley Chidinma Duru | 02/17/2026<br>DATE |
|---|---|

x

| NAME OF PARENT OR GUARDIAN | SIGNATURE | ADDRESS (city/state or province/country) | DATE |
|---|---|---|---|

Department of Homeland Security
U.S. Immigration and Customs Enforcement

I-20, Certificate of Eligibility for Nonimmigrant Student Status
OMB NO. 1653-0038

**SEVIS ID:**                 **(F-1)**        **NAME:** **Kimberley Chidinma Duru**

### EMPLOYMENT AUTHORIZATIONS

| TYPE | FULL/PART-TIME | STATUS | START DATE | END DATE |
|---|---|---|---|---|
| POST-COMPLETION OPT | FULL TIME | REQUESTED | 15 JUNE 2026 | 14 JUNE 2027 |

### CHANGE OF STATUS/CAP-GAP EXTENSION

### AUTHORIZED REDUCED COURSE LOAD

### CURRENT SESSION DATES

| CURRENT SESSION START DATE | CURRENT SESSION END DATE |
|---|---|
| 12 JANUARY 2026 | 17 MAY 2026 |

### TRAVEL ENDORSEMENT

This page, when properly endorsed, may be used for re-entry of the student to attend the same school after a temporary absence from the United States. Each endorsement is valid for one year.

| Designated School Official | TITLE | SIGNATURE | DATE ISSUED | PLACE ISSUED |
|---|---|---|---|---|
| Seth Hall | DSO | Seth Hall (Digitally signed by Seth Hall Date: 2026.02.17 14:56:33 -05:00) | 02/17/2026 | Charlottesville, VA |
| | | X | | |
| | | X | | |
| | | X | | |