Gmail

---

## 2026 Main Residency Match Results

---

**NRMP Support (Do Not Reply) <support@email.nrmp.org>**　　　　　Fri, Mar 20, 2026 at 11:58 AM
To: Kimberley Chidinma Duru


NATIONAL RESIDENT MATCHING PROGRAM®

Friday, March 20, 2026

NRMP ID: N1168568
School Code: 181
School Name: University of Virginia School of Medicine
Applicant Name: Kimberley Duru

**Congratulations, you have matched!**

Program Code: 1599440C0
Program Name: General Surgery
Institution Name: Oregon Health & Science Univ

Celebrate your match! Use #Match2026 for your social media posts and follow along to see all the Match celebrations!

NRMP Staff
**National Resident Matching Program®**
455 Massachusetts Ave NW, Suite 310, Washington, DC 20001
YouTube | X | Facebook | LinkedIn

---

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. Please email support@nrmp.org for assistance.

Unsubscribing from notification emails will prevent you from receiving updates, reminders, and Match results information. We will continue to send only transactional emails such as ROL Certification and Payment Received. Click here to unsubscribe .

To ensure you continue to receive NRMP emails, please add support@email.nrmp.org to your contacts.