**BROWN**

Duru, Kimberley

---

# Orientation and ATLS

---

@ohsu.edu>                                          Thu, Apr 2, 2026 at 10:23 PM
To: "Duru, Kimberley"
Cc:

Hello everyone,

Orientation will begin on June 11, 2026.

This will be a busy, but fun 2 wks to get all your mandatory training done and get to know one another.

- GME will send onboarding/hiring information, and our residency will send orientation materials in late April. Keep an eye out for that information as some steps need to be completed before arrival.

- ATLS: Course testing on June 25 & 26th. Coursework due asap upon hire. With the release of the 11th edition, the pre-course workload has increased so be ready to complete the course-work over about 3-4 days. Pre-course work is due 2 weeks before the course date (for our residency, they have given us until June 15th to complete the pre-course work). We cannot ask you to do the pre-course work prior to your hire date, but it might be wise to google "ATLS 11th edition" for a little preview of changes to the course.

OK, I think those are the big items for this week. Again, keep an eye out for emails from our GME and Education team.
We are working on schedules and hope to have a draft to you this month.

Take care!
FAH

Farah A. Husain, MD FACS FASMBS (she/her)



Program Director General Surgery I Vice Chair, Education

My Office is an **Inclusive Space.**