**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KIMBERLEY CHIDINMA DURU, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-1132 (AJT/WEF) |
| | ) | |
| MARKWAYNE MULLIN, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

U.S. Citizenship and Immigration Services has adjudicated Plaintiff's asylum application. Accordingly, the parties hereby stipulate and agree that the action be dismissed without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General


_____/s/_____
KIRSTIN K. O'CONNOR
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314
Tel:   (703) 299-3799
Fax:   (703) 299-3983
Email: kirstin.o'connor@usdoj.gov

*Counsel for Defendants*

Dated:  June 5, 2026

EDWARD SUMMERS
Law Office of Edward Summers PLLC
P.O. Box 976
Charlottesville, VA 22902
Tel:   (434) 220-2799
Fax:   (434) 465-6655
Email: info@summersimmigration.com

*Counsel for Plaintiff*

Dated:  June 5, 2026

So Ordered

_____
Anthony J. Trenga          06/08/2026
Senior U.S. District Judge